**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Daniel Lee<br>Nicole Lee<br><br>Debtors | CHAPTER 13<br><br>BKY. NO. 15-10702 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Toyota Lease Trust, and index same on the master mailing list.

Re: Loan # Ending In: W064

Respectfully submitted,

**/s/Brian Nicholas, Esquire**
Brian Nicholas, Esquire
Thomas Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322  FAX (215) 627-7734