*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Daniel Lee and Nicole Lee
    Debtor(s)

Case No: 15–10702–mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Certification of Default of Order Approving Stipulation Filed by THOMAS YOUNG.HAE SONG on behalf of Wells Fargo Bank, N.A

    on: 8/3/17

    at: 11:00 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date:  7/6/17

For The Court

Timothy B. McGrath
Clerk of Court

102 – 100
Form 167