United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 15-10702-mdc
Daniel Lee                                                        Chapter 13
Nicole Lee
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Stacey              Page 1 of 1           Date Rcvd: Jul 06, 2017
                             Form ID: 167              Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2017.
db/jdb        +Daniel Lee,    Nicole Lee,    6327 Burbridge Street,    Philadelphia, PA 19144-2505
cr            +BMW Financial Services NA, LLC,    P.O. Box 201347,    Arlington, TX 76006-1347
cr             ECMC,    P.O. BOX 16408,    ST. PAUL, MN 55116-0408
cr            +Toyota Lease Trust,    c/o Schiller & Knapp, LLP,    950 New Loudon Rd,    Latham, NY 12110-2100
cr            +WELLS FARGO BANK, N.A.,    1 Home Campus,    Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2017 at the address(es) listed below:
              ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              ALEXANDRA T. GARCIA    on behalf of Creditor    Wells Fargo Bank, N.A. ecfmail@mwc-law.com
              ANDREW  SPIVACK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              ANN E. SWARTZ    on behalf of Creditor    WELLS FARGO BANK, N.A. ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    Wells Fargo Bank, N.A. ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              ANTHONY R. DISTASIO    on behalf of Creditor    WELLS FARGO BANK, N.A. ard@ldaklaw.com
              BARBARA A. FEIN    on behalf of Creditor    Toyota Lease Trust speck@lobaf.com,   BarbaraF@lobaf.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Toyota Lease Trust bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISOVALANTE  FLIAKOS    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JERMAINE D. HARRIS    on behalf of Debtor Daniel  Lee jermaineh02@msn.com
              JERMAINE D. HARRIS    on behalf of Joint Debtor Nicole  Lee jermaineh02@msn.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              MARTIN A. MOONEY    on behalf of Creditor    Toyota Lease Trust tshariff@schillerknapp.com,
               ahight@schillerknapp.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A. pa.bkecf@fedphe.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Daniel Lee and Nicole Lee
    Debtor(s)

Case No: 15–10702–mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Certification of Default of Order Approving Stipulation Filed by THOMAS YOUNG.HAE SONG on behalf of Wells Fargo Bank, N.A

on: 8/3/17

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  7/6/17

Timothy B. McGrath
Clerk of Court

102 – 100
Form 167