*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Daniel Lee and Nicole Lee
    Debtor(s)

Case No: 15–10702–mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Objection to Certification of Default by Toyota Lease Trust filed by Debtor Daniel Lee, Joint Debtor Nicole Lee.

    on: 7/10/18

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  6/6/18

Timothy B. McGrath
Clerk of Court

109 – 108
Form 167