United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 15-10702-mdc
Daniel Lee                                                                      Chapter 13
Nicole Lee
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR          Page 1 of 1          Date Rcvd: Jun 06, 2018
                             Form ID: 167           Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2018.
db         +Daniel Lee,   6327 Burbridge Street,   Philadelphia, PA 19144-2505
13467599   +Toyota Motor Credit,   2 Walnut Grove DR 210,   Horsham, PA 19044-7704
13469541    Toyota Motor Credit Corporation (TMCC),   PO BOX 8026,   Cedar Rapids, Iowa 52408-8026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2018 at the address(es) listed below:
          ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
          RA-occbankruptcy6@state.pa.us
          ALEXANDRA T. GARCIA    on behalf of Creditor    Wells Fargo Bank, N.A. ecfmail@mwc-law.com
          ANDREW SPIVACK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
          ANN E. SWARTZ    on behalf of Creditor    WELLS FARGO BANK, N.A. ecfmail@mwc-law.com,
          ecfmail@mwc-law.com
          ANN E. SWARTZ    on behalf of Creditor    Wells Fargo Bank, N.A. ecfmail@mwc-law.com,
          ecfmail@mwc-law.com
          ANTHONY R. DISTASIO    on behalf of Creditor    WELLS FARGO BANK, N.A. ard@ldaklaw.com
          BARBARA A. FEIN    on behalf of Creditor    Toyota Lease Trust bfein@sanddlawyers.com,
          mhanford@sanddlawyers.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Toyota Lease Trust bnicholas@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          CHRISOVALANTE FLIAKOS    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
          JERMAINE D. HARRIS    on behalf of Joint Debtor Nicole  Lee jermaineh02@msn.com
          JERMAINE D. HARRIS    on behalf of Debtor Daniel  Lee jermaineh02@msn.com
          JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
          KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          MARTIN A. MOONEY    on behalf of Creditor    Toyota Lease Trust ahight@schillerknapp.com,
          ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknap
          p.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 17

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Daniel Lee and Nicole Lee

      Debtor(s)

Case No: 15−10702−mdc

Chapter: 13

---

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Objection to Certification of Default by Toyota Lease Trust filed by Debtor Daniel Lee, Joint Debtor Nicole Lee.

on: 7/10/18

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 6/6/18

Timothy B. McGrath
Clerk of Court

109 − 108
Form 167