**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**In Re:**                                                                                             **Case No.** 15-10702

                                                                                                       **Claim No. :** 8

DANIEL LEE AND NICOLE LEE

    Debtor(s)

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor in the above entitled case hereby requests that the mailing address pertaining to NOTICES ONLY, listed in the above stated case be changed.

**\*\* Below change is only for notice address. Payment address will be same as filed in POC.**

**Address where Notices to the creditor be sent:**

| From | To |
|---|---|
| BMW Financial Services NA, LLC | BMW Financial Services NA, LLC |
| P.O. Box 201347 | 4515 N Santa Fe Ave. Dept. APS |
| Arlington, TX 76006 | Oklahoma City, OK 73118 |

                                                                    /s/ Dipika Parmar

Date: 08/08/2018

                                                                    Creditor's Authorized Agent for BMW Financial Services NA, LLC