# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-10702-MDC

DANIEL LEE
NICOLE LEE
6327 BURBRIDGE STREET

PHILADELPHIA, PA 19144

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    DANIEL LEE
    NICOLE LEE
    6327 BURBRIDGE STREET

    PHILADELPHIA, PA 19144

Counsel for debtor(s), by electronic notice only.

    JERMAINE D HARRIS

    21 SOUTH 12TH ST., STE 100
    PHILADELPHIA, PA 19107-

                                            /S/ William C. Miller

Date: 8/27/2019                                      _____

                                                            William C. Miller, Esquire
                                                            Chapter 13 Standing Trustee