

## Creditor's Notice of Change of Address for Trustee Payments

United States Bankruptcy Court
Robert NC Nix Sr Federal Courthouse
900 Market Street Suite 400
Philadelphia, PA 19107

IN RE: Daniel Lee & Nicole Lee

Case No: 15-10702

December 10, 2019

VelocitySBA LLC Formerly Superior Financial Group requests that the Trustee payments address on its claim(s) in the instant bankruptcy proceeding be changed to the following:

> VelocitySBA LLC formerly Superior Financial Group
> 205 Lennon Lane Ste 210
> Walnut Creek, CA 94598
> Account #09038

If you need further documentation from us in order to process this address change, please contact us immediately. We are only requesting for the creditor's address to be updated. The name of the creditor can remain the same.

A copy of this letter was also sent to the trustee.

Kelly Everett
VelocitySBA LLC
205 Lennon Lane Ste 210
Walnut Creek, CA 94598
(925)482-2914
keverett@velocitysba.com