**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                            Chapter 13

                            Bankruptcy No. 15-10702-MDC

DANIEL LEE
NICOLE LEE
6327 BURBRIDGE STREET

PHILADELPHIA, PA 19144

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DANIEL LEE
    NICOLE LEE
    6327 BURBRIDGE STREET

    PHILADELPHIA, PA 19144

Counsel for debtor(s), by electronic notice only.

    JERMAINE D HARRIS

    21 SOUTH 12TH ST., STE 100
    PHILADELPHIA, PA 19107-

Date: 1/21/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee