Certificate Number: 14912-PAE-DE-034357143

Bankruptcy Case Number: 15-10702



14912-PAE-DE-034357143

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 18, 2020</u>, at <u>6:06</u> o'clock <u>PM EDT</u>, <u>Daniel Lee</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>April 18, 2020</u>          By:   <u>/s/Jai Bhatt</u>

                                                    Name:   <u>Jai Bhatt</u>

                                                   Title:   <u>Counselor</u>