Certificate Number: 14912-PAE-DE-034357142

Bankruptcy Case Number: 15-10702



14912-PAE-DE-034357142

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 18, 2020, at 6:06 o'clock PM EDT, Nicole Lee completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    April 18, 2020         By:    /s/Jai Bhatt

Name:  Jai Bhatt

Title:   Counselor