```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                               Case No. 15-10702-mdc
Daniel Lee                                                           Chapter 13
Nicole Lee
       Debtors                   CERTIFICATE OF NOTICE
District/off: 0313-2         User: Lisa              Page 1 of 2             Date Rcvd: Sep 25, 2020
                             Form ID: 138NEW         Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2020.
db/jdb         +Daniel Lee,    Nicole Lee,   6327 Burbridge Street,    Philadelphia, PA 19144-2505
cr             +Toyota Lease Trust,    c/o Schiller & Knapp, LLP,    950 New Loudon Rd,    Latham, NY 12110-2100
cr             +Velocity SBA LLC,    205 Lennon Lane,    ste 210,   Walnut Creek, CA 94598-2481
cr             +WELLS FARGO BANK, N.A.,    1 Home Campus,    Des Moines, IA 50328-0001
13467601       +AES/PHEAA FRN,    PO Box 61047,   Harrisburg, PA 17106-1047
13467594       +American Express,    PO Box 981537,   El Paso, TX 79998-1537
13544340        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13467598      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,     PO Box 982235,    El Paso, TX 79998)
13467602       +BMW Financial Services, c/o,    Accounts Receivable Tech.,    371 Hoes Lane, Suite 300 B,
                 Piscataway, NJ 08854-4143
13828336       +Brian Nicholas Esquire,    c/o Toyota Lease Trust,    KML Law Group P.C.,
                 701 Market Street ste 5000,    Philadelphia Pa 19106-1541
13499160       +Cavalry SPVI LLC assignee Capital One Bank USA, NA,     Bass Associates PC,
                 3936 E Fort Lowell Road Suite 200,    Tucson, AZ 85712-1083
13823312        ECMC,    PO Box 16408,   St. Paul, MN 55116-0408
13467595       +ELC/GLELSI,    2401 International POX 7859,    Madison, WI 53704-3121
13467589       +MATRIX,    Wells Fargo Home Mort.,    7255 Baymeadows WA,   PO Box 10335,
                 Des Moines, IA 50306-0335
13490048       +PHEAA,    PO Box 8147,   Harrisburg, PA 17105-8147
13467590        Pennsylvania Department of Revenue,    PO Box 280431,    Harrisburg, PA 17128-0431
13467592       +Santander Bank, N.A,    1130 Berkshire Boulevard,    Wyomissing, PA 19610-1242
13546564       +Santander Bank, N.A.,    c/o Wilson, Elser, Moskowitz, Edelman &,
                 2001 Market Street, Ste. 3100,    Philadelphia, Pa. 19103-7039
13546549       +Santander Bank, N.A. f/k/a Sovereign Bank N.A.,     c/o Wilson Elser,
                 2001 Market Street, Ste. 3100,    Philadelphia, Pa. 19103-7039
13546548       +Santander Bank, N.A., f/k/a Sovereign Bank N.A.,     c/o Wilson Elser Moskowitz Edelman & Dic,
                 2001 Market Street, Ste. 3100,    Philadelphia, Pa. 19103-7039
13467599       +Toyota Motor Credit,    2 Walnut Grove DR 210,    Horsham, PA 19044-7704
13469541        Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
13467596      #+VelocitySBA LLC,    formerly Superior Financial Group,    205 Lennon Lane, Suite 210,
                 Walnut Creek, CA 94598-2481
13473792       +Wells Fargo Bank, N. A.,    C/O Wells Fargo Bank, N. A., as servicer,
                 Attn: Bankruptcy Dept./MAC# D3347-014,     3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
13528375        Wells Fargo Bank, N.A.,    Home Equity Group,    1 Home Campus X2303-01A,
                 Des Moines, IA 50328-0001
13487199        ZIONS FIRST NATIONAL BANK ELT ED LOAN FUNDING,     Claims Filing Unit,    PO Box 8973,
                 Madison, WI 53708-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 26 2020 04:18:18     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 26 2020 04:18:17      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 26 2020 04:24:16
                 BMW Financial Services NA, LLC,    P.O. Box 201347,   Arlington, TX 76006-1347
13469277       +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Sep 26 2020 04:23:44
                 BMW Financial Services NA, LLC,    5550 Britton Parkway,    Hilliard, OH 43026-7456
13495522       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 26 2020 04:25:01
                 BMW Financial Services NA, LLC,    4515 N. Santa Fe Ave., Dept. APS,
                 Oklahoma City, OK 73118-7901
13467597        E-mail/Text: Bankruptcy.RI@Citizensbank.com Sep 26 2020 04:17:27     Citizens Bank,
                 PO Box 9665,    Providence, RI 02940
13543954        E-mail/Text: megan.harper@phila.gov Sep 26 2020 04:18:18     City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13467593       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 26 2020 04:24:15      Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
13467600       +E-mail/PDF: pa_dc_ed@navient.com Sep 26 2020 04:23:36     Department of Education,
                 PO Box 9635,    Wilkes Barre, PA 18773-9635
13467591        E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 26 2020 04:17:35     Department of Treasury,
                 Internal Revenue Service,    Cincinnati, OH 45999-0030
13532269        E-mail/PDF: pa_dc_claims@navient.com Sep 26 2020 04:25:02     Navient Solutions Inc.,
                 Department of Education Loan Services,    P.O. Box 9635,    Wilkes-Barre, PA 18773-9635
13480302       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 26 2020 04:17:43
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
                                                                                             TOTAL: 12
```

```
District/off: 0313-2          User: Lisa              Page 2 of 2           Date Rcvd: Sep 25, 2020
                              Form ID: 138NEW         Total Noticed: 38
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*            +BMW Financial Services NA, LLC,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr*             ECMC,   P.O. BOX 16408,    ST. PAUL, MN  55116-0408
13828813*       ECMC,   PO Box 16408,    St. Paul, MN  55116-0408
13479217*      +Internal Revenue Service,    P O Box 7346,    Philadelphia, PA 19101-7346
                                                                                               TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2020 at the address(es) listed below:
              ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              ALEXANDRA T. GARCIA    on behalf of Creditor    Wells Fargo Bank, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANDREW  SPIVACK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              ANN E. SWARTZ    on behalf of Creditor    Wells Fargo Bank, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    WELLS FARGO BANK, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANTHONY R. DISTASIO    on behalf of Creditor    WELLS FARGO BANK, N.A. ard@ldaklaw.com
              BARBARA A. FEIN    on behalf of Creditor    Toyota Lease Trust bfein@sanddlawyers.com,
               mhanford@sanddlawyers.com;kdaley@sanddlawyers.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Toyota Lease Trust bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISOVALANTE  FLIAKOS    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JERMAINE D. HARRIS    on behalf of Debtor Daniel  Lee jermaineh02@msn.com
              JERMAINE D. HARRIS    on behalf of Joint Debtor Nicole  Lee jermaineh02@msn.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              MARTIN A. MOONEY    on behalf of Creditor    Toyota Lease Trust lgadomski@schillerknapp.com,
               kcollins@schillerknapp.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                 TOTAL: 18
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Daniel Lee and Nicole Lee
       Debtor(s)                           Bankruptcy No: 15−10702−mdc
                                                            Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                    900 Market Street
                        Suite 400
                 Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                         For The Court
                                                                 Timothy B. McGrath
                                                                  Clerk of Court

Dated: 9/25/20

                                                                                                     133 − 132
                                                                                                    Form 138_new