United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-10702-mdc |
| Daniel Lee | Chapter 13 |
| Nicole Lee | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Lisa | Page 1 of 3 |
| Date Rcvd: Oct 20, 2020 | Form ID: 3180W | Total Noticed: 16 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel Lee, Nicole Lee, 6327 Burbridge Street, Philadelphia, PA 19144-2505 |
| 13499160 | + | Cavalry SPVI LLC assignee Capital One Bank USA, NA, Bass Associates PC, 3936 E Fort Lowell Road Suite 200, Tucson, AZ 85712-1083 |
| 13546549 | + | Santander Bank, N.A. f/k/a Sovereign Bank N.A., c/o Wilson Elser, 2001 Market Street, Ste. 3100, Philadelphia, Pa. 19103-7039 |
| 13467596 | #+ | VelocitySBA LLC, formerly Superior Financial Group, 205 Lennon Lane, Suite 210, Walnut Creek, CA 94598-2481 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 21 2020 01:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 21 2020 01:56:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13544340 | | EDI: BECKLEE.COM | Oct 21 2020 04:53:00 | American Express Bank, FSB, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13495522 | + | EDI: AISACG.COM | Oct 21 2020 04:53:00 | BMW Financial Services NA, LLC, 4515 N. Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 13543954 | | Email/Text: megan.harper@phila.gov | Oct 21 2020 01:56:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13823312 | | EDI: ECMC.COM | Oct 21 2020 04:53:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 13479217 | + | EDI: IRS.COM | Oct 21 2020 04:53:00 | Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 13532269 | | EDI: NAVIENTFKASMSERV.COM | Oct 21 2020 04:53:00 | Navient Solutions Inc., Department of Education Loan Services, P.O. Box 9635, Wilkes-Barre, PA 18773-9635 |
| 13480302 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 21 2020 01:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 13469541 | | EDI: TFSR.COM | Oct 21 2020 04:53:00 | Toyota Motor Credit Corporation (TMCC), PO BOX 8026, Cedar Rapids, Iowa 52408-8026 |
| 13473792 | + | EDI: WFFC.COM | Oct 21 2020 04:53:00 | Wells Fargo Bank, N. A., C/O Wells Fargo Bank, N. A., as servicer, Attn: Bankruptcy Dept./MAC# D3347-014, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |
| 13528375 | | EDI: WFFC.COM | | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: Lisa | Page 2 of 3 |
| Date Rcvd: Oct 20, 2020 | Form ID: 3180W | Total Noticed: 16 |

Oct 21 2020 04:53:00   Wells Fargo Bank, N.A., Home Equity Group, 1 Home Campus X2303-01A, Des Moines, IA 50328-0001

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13828813 | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| jdb | *+ | Nicole Lee, 6327 Burbridge Street, Philadelphia, PA 19144-2505 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2020        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALBERT JAMES MILLAR | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy3@state.pa.us RA-occbankruptcy6@state.pa.us |
| ALEXANDRA T. GARCIA | on behalf of Creditor Wells Fargo Bank  N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| ANDREW L. SPIVACK | on behalf of Creditor WELLS FARGO BANK  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANN E. SWARTZ | on behalf of Creditor Wells Fargo Bank  N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| ANN E. SWARTZ | on behalf of Creditor WELLS FARGO BANK  N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| ANTHONY R. DISTASIO | on behalf of Creditor WELLS FARGO BANK  N.A. ard@ldaklaw.com |
| BARBARA A. FEIN | on behalf of Creditor Toyota Lease Trust bfein@sanddlawyers.com  mhanford@sanddlawyers.com;kdaley@sanddlawyers.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CHRISOVALANTE FLIAKOS | on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com |
| JERMAINE D. HARRIS | on behalf of Debtor Daniel Lee jermaineh02@msn.com |
| JERMAINE D. HARRIS | on behalf of Joint Debtor Nicole Lee jermaineh02@msn.com |

| District/off: 0313-2 | User: Lisa | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 20, 2020 | Form ID: 3180W | Total Noticed: 16 |

| | |
|---|---|
| JEROME B. BLANK | on behalf of Creditor WELLS FARGO BANK  N.A. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| MARTIN A. MOONEY | on behalf of Creditor Toyota Lease Trust lgadomski@schillerknapp.com  kcollins@schillerknapp.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 19

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Daniel Lee** | Social Security number or ITIN   **xxx–xx–0179** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Nicole Lee** | Social Security number or ITIN   **xxx–xx–9328** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **15–10702–mdc**

# Order of Discharge                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Daniel Lee                                      Nicole Lee

10/20/20                        **By the court:**    Magdeline D. Coleman
                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                                **Chapter 13 Discharge**                                page 2