United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                         Case No. 15-10702-mdc
Daniel Lee                                                                                                                Chapter 13
Nicole Lee
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Adminstra      Page 1 of 2
Date Rcvd: Oct 27, 2020      Form ID: 195      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

**Recip ID**    **Recipient Name and Address**
db/jdb      + Daniel Lee, Nicole Lee, 6327 Burbridge Street, Philadelphia, PA 19144-2505

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**    **Bypass Reason**    **Name and Address**
jdb      *+      Nicole Lee, 6327 Burbridge Street, Philadelphia, PA 19144-2505

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2020 at the address(es) listed below:**

**Name**    **Email Address**

ALBERT JAMES MILLAR
    on behalf of Creditor PA Dept of Revenue RA-occbankruptcy3@state.pa.us RA-occbankruptcy6@state.pa.us

ALEXANDRA T. GARCIA
    on behalf of Creditor Wells Fargo Bank  N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

ANDREW L. SPIVACK
    on behalf of Creditor WELLS FARGO BANK  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANN E. SWARTZ
    on behalf of Creditor Wells Fargo Bank  N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 27, 2020 | Form ID: 195 | Total Noticed: 1 |

ANN E. SWARTZ
    on behalf of Creditor WELLS FARGO BANK  N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

ANTHONY R. DISTASIO
    on behalf of Creditor WELLS FARGO BANK  N.A. ard@ldaklaw.com

BARBARA A. FEIN
    on behalf of Creditor Toyota Lease Trust bfein@sanddlawyers.com  mhanford@sanddlawyers.com;kdaley@sanddlawyers.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

CHRISOVALANTE FLIAKOS
    on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com

JERMAINE D. HARRIS
    on behalf of Joint Debtor Nicole Lee jermaineh02@msn.com

JERMAINE D. HARRIS
    on behalf of Debtor Daniel Lee jermaineh02@msn.com

JEROME B. BLANK
    on behalf of Creditor WELLS FARGO BANK  N.A. paeb@fedphe.com

JEROME B. BLANK
    on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com

KEVIN G. MCDONALD
    on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com

MARTIN A. MOONEY
    on behalf of Creditor Toyota Lease Trust lgadomski@schillerknapp.com  kcollins@schillerknapp.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

TOTAL: 19

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Daniel Lee and Nicole Lee  : Case No. 15−10702−mdc
　　　Debtor(s)

### ORDER
_____

AND NOW, this day , October 27, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

137
Form 195