**Santander** Consumer USA

March 16, 2026

**VIA FED EX**
**U.S. Bankruptcy Court**
**Eastern District of Pennsylvania**
**Robert N.C. Nix, Sr. Federal Courthouse**
**900 Market Street, Suite 400**
**Philadelphia, PA 19107**

**Attn: Unclaimed Funds**

**Re: Unclaimed Bankruptcy Dividend Claim of Santander Bank N.A.**

**Debtor: Daniel Lee and Nicole Lee**

**Case Number: 15-10702– $375.10**

I, Jason P Miller, of Santander Bank N.A. Submit the following documents to claim the Unclaimed Bankruptcy Dividends due to Santander Bank N.A. from the above noted Bankruptcy case:

1. Application For Payment of Unclaimed Funds
2. IRS Form A0-213 and W-9
3. Santander Bank N.A. Incumbency certificate designating Jason Miller to execute claims on behalf of the Company
4. Personal Identification
5. Order Granting Application for Unclaimed Funds
6. Certificate of Service

If you need any further information to process this claim, please contact us at the contact information noted on the claim form.

Please remit payment to the address noted in the claim form.

Best Regards,

Jason P Miller

**824 North Market Street**
**Wilmington, DE 19801**
**Phone: 972-761-1370**
Email: jmiller@santander.us



FILED
MAR 1 8 2026
CLERK OF COURT
BY _____ DEP. CLERK

©2019 Santander Consumer USA Inc. All rights reserved.

 Santander Consumer USA

March 16, 2026

<u>Via FED EX</u>
**Office of the United States Attorney**
**Eastern District of Pennsylvania**
**615 Chestnut Street, Suite 1250**
**Philadelphia, PA 19106**

Attention: Unclaimed Funds

**Re: Unclaimed Bankruptcy Dividend Claim of Santander Bank N.A.**

**Debtor: Daniel Lee and Nicole Lee**

**Case Number: 15-10702– $375.10**

I, Jason P Miller, of Santander Bank N.A. Submit the following documents to claim the Unclaimed Bankruptcy Dividends due to Santander Bank N.A. from the above noted Bankruptcy case:

1. Application For Payment of Unclaimed Funds
2. IRS Form A0-213 and W-9
3. Santander Bank N.A. Incumbency certificate designating Jason Miller to execute claims on behalf of the Company
4. Personal Identification
5. Order Granting Application for Unclaimed Funds

If you need any further information to process this claim, please contact us at the contact information noted in the claim form.

Please remit payment to the address noted in the claim form.

Best Regards,

Jason P Miller
**824 North Market Street**
**Wilmington, DE 19801**
**Phone: 972-761-1370**
**Email:** jmiller@santander.us

©2019 Santander Consumer USA Inc. All rights reserved.

**Fill in this Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Daniel | | Lee |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Nicole | | Lee |
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Pennsylvania
(State)

Case number: 15-10702

**FILED**

**MAR 1 8 2026**

BY _____ CLERK OF COURT
DEP. CLERK

## Form 1340 (12/23)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimant

| | |
|---|---|
| Amount: | $375.10 |
| Claimant's Name: | Santander Bank N.A. |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 824 North Market Street, Wilmington,DE 19801<br>972-761-1370<br><br>jmiller@santander.us |

### 2. Claimant Information

Applicant[2] represents the following:

☒    The Claimant is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐    The Claimant (Successor Claimant) is entitled to the unclaimed funds by transfer, assignment, purchase, merger, acquisition, or succession by other means, and below are the name(s) of the Owner of Record and all previous owner(s) of the claim:

_____
_____.

☐    If the Claimant is a Successor Claimant, Applicant has sent a copy of the application to the Owner of Record and all other previous owner(s) of the claim at their current address or Applicant has enclosed a statement explaining why Applicant was not able to do so or an explanation of why doing so is not necessary.

### 3. Applicant Information

Applicant represents the following:

☒    Applicant is the Claimant.
☐    Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).
☐    Applicant is a representative of the deceased Claimant's estate.

---

[1]  The Claimant is the party entitled to the unclaimed funds.
[2]  The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3]  The Owner of Record is the original payee.

**4.   Supporting Documentation**

☒   Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

**5.   Notice to United States Attorney**

☑   Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
__Eastern__   District of __Pennsylvania__
*[Court enters address here]*

| **6. Applicant Declaration** | **6. Co-Applicant Declaration (if applicable)** |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g., 18 U.S.C. § 152. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g. 18 U.S.C. § 152. |
| Date: ___3/17/26___ | Date: _____ |
| _____ Signature of Applicant | _____ Signature of Co-Applicant (if applicable) |
| Jason Miller Printed Name of Applicant | _____ Printed Name of Co-Applicant (if applicable) |
| Address:  824 North Market Street Wilmington, DE 19801 | Address: |
| Telephone:   972-761-1370 | Telephone: |
| Email:   jmiller@santander.us | Email: |

| **7.  Notarization** | **7.  Notarization** |
|---|---|
| STATE OF ___Texas___ | STATE OF _____ |
| COUNTY OF ___Dallas___ | COUNTY OF _____ |
| This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _17_ day of _March_, 20_26_ by ___Jason Miller___ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. | This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20_____ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. |
| *[Notarial wording to be adjusted based on state requirements]* | *[Notarial wording to be adjusted based on state requirements]* |
| (SEAL)   Notary Public_____ My Notary ID # 12275799 Expires June 26, 2027   My commission expires: _6/26/27_ | (SEAL)   Notary Public_____ My commission expires: |

Form 1340                Application for Payment of Unclaimed Funds                Page 2

**SANTANDER BANK, N.A.**
**INCUMBENCY CERTIFICATE**

The undersigned, Cory Childs, hereby certifies that he is a duly elected, qualified and acting Assistant Secretary of Santander Bank, N.A. ("Santander Bank"), and that the following individual is an officer of Santander Bank and has been duly authorized to execute documents on behalf of Santander Bank. The officer's authority is limited to the ability to execute claims for the recovery of unclaimed assets, including bankruptcy claims and state unclaimed property. This officer's status has not been amended, altered or repealed and remains in full force and effect on the date hereof.

| Officer Name | Officer Title |
|---|---|
| Jason Miller | Senior Vice President |

Executed this 16th day of January 2026.

*Cory Childs*

Cory Childs
Assistant Secretary