*Form 167* (1/25)–doc 143 – 141

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Daniel Lee | ) | Case No. 15–10702–djb |
| | ) | |
| | ) | |
|    Nicole Lee | ) | Chapter: 13 |
| | ) | |
|    Debtor(s). | ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Derek J Baker , United States Bankruptcy Judge to consider:

.

Motion for Return of Unclaimed Funds
filed by Santander Bank N.A. c/o Jason P. Miller.


\*\*\*\*\*\*

Participants can attend this hearing
either in–person at the courthouse
OR by video conference on ZoomGov.com
with JOIN Meeting ID # 161 0657 4791.

\*\*\*\*\*\*

on: 5/14/26

at: 11:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107


Date: April 10, 2026

For The Court

Mohung Wong
Clerk of Court