United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-10702-djb |
| Daniel Lee | Chapter 13 |
| Nicole Lee | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 10, 2026 | Form ID: 167 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel Lee, Nicole Lee, 6327 Burbridge Street, Philadelphia, PA 19144-2505 |
| intp | + | Santander Bank N.A. c/o Jason P. Miller, 824 North Market Street, Wilmington, DE 19801-3024 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2026                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALBERT JAMES MILLAR | |
| | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy3@state.pa.us  RA-occbankruptcy6@state.pa.us |
| ALEXANDRA T. GARCIA | |
| | on behalf of Creditor Wells Fargo Bank  N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| ANDREW L. SPIVACK | |
| | on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | |
| | on behalf of Creditor WELLS FARGO BANK  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANN E. SWARTZ | |
| | on behalf of Creditor Wells Fargo Bank  N.A. ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 10, 2026 | Form ID: 167 | Total Noticed: 2 |

ANN E. SWARTZ
> on behalf of Creditor WELLS FARGO BANK  N.A. ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com

ANTHONY R. DISTASIO
> on behalf of Creditor WELLS FARGO BANK  N.A. ard@ldaklaw.com

BARBARA A. FEIN
> on behalf of Creditor Toyota Lease Trust bfein@sanddlawyers.com  mhanford@sanddlawyers.com;kdaley@sanddlawyers.com

BRIAN CRAIG NICHOLAS
> on behalf of Creditor Toyota Lease Trust brian+ecf@briannicholas.com  mccallaecf@ecf.courtdrive.com

CHRISOVALANTE FLIAKOS
> on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com

JERMAINE D. HARRIS
> on behalf of Joint Debtor Nicole Lee jermaineh02@msn.com

JERMAINE D. HARRIS
> on behalf of Debtor Daniel Lee jermaineh02@msn.com

JEROME B. BLANK
> on behalf of Creditor WELLS FARGO BANK  N.A. jblank@pincuslaw.com, mmorris@pincuslaw.com

JEROME B. BLANK
> on behalf of Creditor Wells Fargo Bank  N.A. jblank@pincuslaw.com, mmorris@pincuslaw.com

KEVIN G. MCDONALD
> on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com

MARTIN A. MOONEY
> on behalf of Creditor Toyota Lease Trust Martin.Mooney@ag.ny.gov  kcollins@schillerknapp.com

THOMAS SONG
> on behalf of Creditor Wells Fargo Bank  N.A. tomysong0@gmail.com

United States Trustee
> USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
> ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 19

*Form 167* (1/25)–doc 143 – 141

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                       )
   Daniel Lee                               )           Case No. 15–10702–djb
                                             )
                                             )
   Nicole Lee                               )           Chapter: 13
                                             )
   Debtor(s).                               )

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Derek J Baker , United States Bankruptcy Judge to consider:

.

Motion for Return of Unclaimed Funds
filed by Santander Bank N.A. c/o Jason P. Miller.


******

Participants can attend this hearing
either in–person at the courthouse
OR by video conference on ZoomGov.com
with JOIN Meeting ID # 161 0657 4791.

******

on: 5/14/26

at: 11:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107


Date: April 10, 2026                                    For The Court

                                                        Mohung Wong
                                                        Clerk of Court