FILED

APR 2 1 2026

CLERK OF COURT
BY _____ DEP. CLERK

# UNITED STATES BAKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Daniel Lee | : | |
| Nicole Lee, | : | Case No. 15-10702 (DJB) |
| Debtors. | : | |

## CERTIFICATION OF IDENTITY

PLEASE TAKE NOTICE that the undersigned, Jason Miller, on behalf of Santander Bank, N.A., files this Supplemental Certification confirming the identity of Jason Paul Miller as follows:

1.      Santander Consumer USA Holdings Inc. ("SC") is a corporation incorporated under the laws of the State of Illinois, having its principal place of business in Dallas, Texas.  Santander Holdings USA Inc. ("SHUSA") wholly owns SC.  Santander Bank, N.A. ("SBNA") services loans for SC.

2.      SBNA is a corporation incorporated under the laws of the State of Delaware, having its principal place of business at 75 State St., Boston, MA 02109.   SBNA is wholly owned by SHUSA too.

3.      Santander Holdings USA, Inc. ("SHUSA") is a wholly owned subsidiary of Madrid-based Banco Santander, S.A. ("BSSA"). As the intermediate holding company for Santander's U.S. businesses, SHUSA is the parent organization of six financial companies: Santander Bank, N.A., ("SBNA") Santander Consumer USA Holdings Inc. ("SC"), Banco

Santander International of Miami, Banco Santander Puerto Rico, Santander Securities LLC of Boston, and Santander Investment Securities Inc. of New York.

4.      Jason Paul Miller is currently a Deputy General Counsel for SHUSA as detailed on the Company's website (Exhibit A).  Further, Mr. Miller has been employed by Santander since September 15, 2014 through present day and is responsible for managing and directing Santander's consumer defense litigation portfolio, inclusive of seeking unclaimed funds on behalf of Santander.  Mr. Miller is currently licensed and eligible to practice law in the State of Texas (Exhibit B).

5.      In filing its Application for Payment of Unclaimed Funds, Santander attached a W-9 for Santander Bank, N.A. with an address of 824 North Market Street, Wilmington, DE 19801. Additionally, Santander also provided a Request for Vendor Information and TIN Certification (Form AO 213) with an address of 75 State Street, Boston, MA 02109.  Further, Santander's Proof of Claim (14-1) filed on behalf of Santander reflects a Promissory Note entered into between the Debtors and Santander Bank, N.A. *f/k/a* Sovereign Bank, N.A.

6.      Mr. Miller certifies that 824 North Market Street, Wilmington, DE 19801 is the official SBNA address of record and considered to be the address of SBNA's domicile and 75 State Street, Boston, MA 02109 is SBNA's principal place of business.  Further, Santander Bank N.A. is the holder of the Promissory Note that resulted in a confession of judgment as evidenced by the Proof of Claim filed by counsel for Santander.

Sincerely,

Jason Miller
Santander
Sr. Director of Litigation
1601 Elm St., Suite 800
Dallas, Texas 75201
jmiller@santander.us
682-472-9393

| Name | Type Here | Q | Advanced Search |
|------|-----------|---|-----------------|

| FIRST NAME | LAST NAME | DEPARTMENT | EMAIL | PHONE |
|------------|-----------|------------|-------|-------|
| Jason | Miller | US Litigation & HR | jmiller@santander.us | ∧ |

## EMPLOYEE DETAILS

Upload Picture          Organizational Chart          Location Details

Name:   Jason Miller

Job Title:   Deputy General Counsel (089LG1)

Department:   US Litigation & HR

Manager:   Jamie Thomas

Company:   Santander Holdings USA, Inc.

Email:   jmiller@santander.us

Location:   Dallas-Corporate THX

Cost Center:   009229

Business phone:

Business mobile:

Mail code:

Network ID:   n116765

1

1/1



*My Bar Page*

# Welcome, Jason Paul Miller



## JASON PAUL MILLER

**Bar Card: 24043824**
**Status: Eligible to Practice**

**Corporate Counsel**

*1600 Elm St Ste 800*
*Dallas, TX 75201*

jmiller@santander.us

**PROFILE LAST VERIFIED: 06/01/2021**

### MCLE Hours Due

| | |
|---|---:|
| Total (Including Ethics) | 3.25 |
| Ethics | 2.00 |

### MCLE Non-Compliance Fees

| | |
|---|---:|
| Total MCLE Fees _____ . | $0.00 |

### Advertising Review

Submit and manage applications

State Bar of Texas | My Bar Page

VIEW/SUBMIT ADVERTISING

## State Bar Dues and State Fees

| | |
|---|---|
| Dues | N/A* |
| Penalties | N/A* |
| Legal Services Fee | N/A* |
| Total | N/A* |
| *Suggested ATJ Cont.* | $150.00 |
| Total with ATJ contribution | $150.00 |

*The online payment system is currently disabled. Please call Membership at 512-427-1383 for payment information.

## ATJ Contributions

(For the calendar year)                                                                 $0.00

## My Sections

You currently belong to no sections

## Pro Bono Hours                                                               0

**wn for additional tools including online legal research**