## UNITED STATES BANKRUPTCY COURT
_____Eastern_____ **District of** _Pennsylvania_____

In re:  Daniel Lee and Nicole Lee            )        Case No. 15-10702
                                             )
                    _Debtor(s)_              )        Chapter 13

### ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

      On_____, an application was filed for the Claimant(s),
Santander Bank N.A.._____, for payment of unclaimed funds deposited with the
court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish
that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby
     ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $ 375.10_____held in
unclaimed funds be made payable to _Santander Bank N.A._____
and be disbursed to the payee at the following address:
_____824 North Market Street, Wilmington,DE 19801_____.
The Clerk will disburse these funds not earlier than 14 days after entry of this order.

**Date: May 15, 2026**

_____
**Derek J. Baker**
**United States Bankruptcy Judge**