United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 15-10702-djb |
|---|---|
| Daniel Lee | Chapter 13 |
| Nicole Lee | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 15, 2026 | Form ID: pdf900 | Total Noticed: 9 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel Lee, Nicole Lee, 6327 Burbridge Street, Philadelphia, PA 19144-2505 |
| intp | + | Santander Bank N.A. c/o Jason P. Miller, 824 North Market Street, Wilmington, DE 19801-3024 |
| cr | + | Toyota Lease Trust, c/o Schiller & Knapp, LLP, 950 New Loudon Rd, Latham, NY 12110-2100 |
| cr | + | Velocity SBA LLC, 205 Lennon Lane, ste 210, Walnut Creek, CA 94598-2481 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: bncnotice@ph13trustee.com | May 16 2026 00:18:00 | WILLIAM C. MILLER, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105-1229 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 16 2026 00:17:35 | BMW Financial Services NA, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 16 2026 00:17:40 | BMW Financial Services NA, LLC, P.O. Box 201347, Arlington, TX 76006-1347 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | May 16 2026 00:18:00 | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | May 16 2026 00:17:40 | WELLS FARGO BANK, N.A., 1 Home Campus, Des Moines, IA 50328-0001 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2026          Signature:          /s/Gustava Winters

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: May 15, 2026                       Form ID: pdf900                                 Total Noticed: 9

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| ALBERT JAMES MILLAR | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy3@state.pa.us  RA-occbankruptcy6@state.pa.us |
| ALEXANDRA T. GARCIA | on behalf of Creditor Wells Fargo Bank  N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| ANDREW L. SPIVACK | on behalf of Creditor WELLS FARGO BANK  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANN E. SWARTZ | on behalf of Creditor Wells Fargo Bank  N.A. ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com |
| ANN E. SWARTZ | on behalf of Creditor WELLS FARGO BANK  N.A. ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com |
| ANTHONY R. DISTASIO | on behalf of Creditor WELLS FARGO BANK  N.A. ard@ldaklaw.com |
| BARBARA A. FEIN | on behalf of Creditor Toyota Lease Trust bfein@sanddlawyers.com  mhanford@sanddlawyers.com;kdaley@sanddlawyers.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Toyota Lease Trust brian+ecf@briannicholas.com  mccallaecf@ecf.courtdrive.com |
| CHRISOVALANTE FLIAKOS | on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com |
| JERMAINE D. HARRIS | on behalf of Debtor Daniel Lee jermaineh02@msn.com |
| JERMAINE D. HARRIS | on behalf of Joint Debtor Nicole Lee jermaineh02@msn.com |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank  N.A. jblank@pincuslaw.com, mmorris@pincuslaw.com |
| JEROME B. BLANK | on behalf of Creditor WELLS FARGO BANK  N.A. jblank@pincuslaw.com, mmorris@pincuslaw.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| MARTIN A. MOONEY | on behalf of Creditor Toyota Lease Trust Martin.Mooney@ag.ny.gov  kcollins@schillerknapp.com |
| THOMAS SONG | on behalf of Creditor Wells Fargo Bank  N.A. tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 19

**UNITED STATES BANKRUPTCY COURT**
_____Eastern_____ **District of** _Pennsylvania_____

In re:   Daniel Lee and Nicole Lee          )          Case No. 15-10702
                                            )
              _Debtor(s)_                   )          Chapter 13

## ORDER GRANTING APPLICATION FOR PAYMENT OF
## UNCLAIMED FUNDS

On_____, an application was filed for the Claimant(s), _Santander Bank N.A.._____, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby
    ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $ 375.10_____ held in unclaimed funds be made payable to _Santander Bank N.A._____
and be disbursed to the payee at the following address:
_____824 North Market Street, Wilmington,DE 19801_____.
The Clerk will disburse these funds not earlier than 14 days after entry of this order.

**Date: May 15, 2026**

_____
**Derek J. Baker**
**United States Bankruptcy Judge**